# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSHUA J. BELISLE | : | |
| | : | |
| v. | : | C.A. No. 07-272M |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | | : |

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the Plaintiff, Joshua J. Belisle, against the Defendant, Michael J. Astrue, pursuant to the Court's Memorandum and Order dated March 21, 2008, Plaintiff's Motion to Reverse is GRANTED to the extent that the matter is remanded to the Commissioner for further administrative proceedings.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

March 21, 2008